UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN RUFFIN,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>        Defendant. | Case No. 20-cv-07826-HSG<br><br>**ORDER OF DISMISSAL** |

On November 5, 2020, Plaintiff filed the instant *pro se* complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. The case was assigned to Magistrate Judge DeMarchi. Dkt. No. 6. On March 5, 2021, Magistrate Judge DeMarchi screened the complaint and dismissed the complaint with leave to amend because the allegations were insufficient to state a cognizable federal constitutional claim. Dkt. No. 9. Plaintiff was instructed to file an amended complaint by April 2, 2021, and informed that the failure to do so would result in this action being reassigned to a district court judge with the recommendation that this matter be dismissed without further notice. *Id.* Plaintiff has not filed an amended complaint and the deadline to do so has since passed. This case was reassigned to the undersigned on April 21, 2021. Dkt. No. 11.

The Court has reviewed the complaint and agrees that the allegations are insufficient to state a cognizable federal constitutional claim for the reasons set forth in Judge DeMarchi's March 5, 2021 screening order. Because Plaintiff has failed to file an amended complaint that addresses the deficiencies identified in the screening order, the Court DISMISSES this action. If Plaintiff wishes to reopen this case, any motion to reopen must explain why Plaintiff failed to comply with the deadline for filing an amended complaint and be accompanied by an amended complaint that remedies the deficiencies identified in Judge DeMarchi's March 5, 2021 screening order.

For the reasons set forth above, this action is DISMISSED without prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 4/23/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge