UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN RUFFIN,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT,<br><br>        Defendant. | Case No. 20-cv-07826-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED. The Clerk shall enter judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/23/2021

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge